# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 98-3964

———————

Janice Johnson,                                  *
                                                 *
            Appellant,                           *
                                                 *   Appeal from the United States
      v.                                         *   District Court for the
                                                 *   Eastern District of Arkansas.
HCA Health Services of Midwest,                  *
Inc. doing business as Columbia                  *        [UNPUBLISHED]
Doctors Hospital,                                *
                                                 *
            Appellee.                            *

———————

Submitted:  November 17, 1999

Filed:  November 19, 1999

———————

Before BEAM, LOKEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

———————

PER CURIAM.

Janice Johnson appeals from the district court's[1] order granting summary judgment to HCA Health Services of Midwest, Inc. d/b/a Columbia Doctors Hospital in her action under the Americans with Disabilities Act, 42 U.S.C. §§ 12101-12213, and the Arkansas Civil Rights Act of 1993, Ark. Code Ann. §§ 16-123-101 to 108

———————

[1]The Honorable Susan Webber Wright, Chief Judge, United States District Court for the Eastern District of Missouri.

(Michie Supp. 1999). Upon careful review of the record and the parties' submissions, we conclude that the district court properly granted summary judgment for the reasons explained in its order. Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.